IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| TENIYA BOOKER,<br><br>        Plaintiff,<br><br>  v.<br><br>ERIC JAVITS, INC.,<br><br>        Defendant. | Civil Action No. 1:25-cv-01032 |

**NOTICE OF DISMISSAL PURSUANT TO RULE 41(a)(1)**

1. Whereas Plaintiff Teniya Booker filed the above-referenced case against Defendant Eric Javits, Inc., on January 30, 2025.

2. Whereas Defendant has not yet answered Plaintiff's complaint, and thus dismissal is appropriate without court order, pursuant to Federal Rule of Civil Procedure, Rule 41(a)(1)(A)(i).

3. Accordingly, pursuant to Federal Rule of Civil Procedure, Rule 41(a)(1)(A)(i), Plaintiff hereby dismisses the complaint with prejudice.

Dated: April 29, 2025        Respectfully Submitted,

                                                                       _/s/ Benjamin Sweet_
                                                                       Benjamin J. Sweet
                                                                       ben@nshmlaw.com
                                                                       **NYE, STIRLING, HALE & MILLER, LLP**
                                                                       101 Pennsylvania Boulevard, Sweet 2
                                                                       Pittsburgh, Pennsylvania 15228

                                                                       _Attorneys for Plaintiff_

## CERTIFICATE OF SERVICE

I, Benjamin J. Sweet, hereby certify that the foregoing document was filed through the ECF system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to non-registered participants this 29th day of April, 2025.

    */s/ Benjamin J. Sweet*
    Benjamin J. Sweet